**Order filed April 24, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00856-CV

_____

**SHARON ANN GRIBBLE, Individually and in her Capacity as Guardian of the Person and Estate of Michael Ray Gribble, Appellant**

**V.**

**BRENT ALLEN LAYTON, Appellee**

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09FD0426**

# O R D E R

The clerk's record in this appeal was filed October 25, 2011. On February 27, 2012, appellant filed a motion to extend time for filing the record in this case. This court granted the motion, and on March 15, 2012, issued an order deeming appellant indigent and ordering the record filed. The portion of this court's March 15, 2012, order that ordered the Galveston County District Clerk to file the clerk's record in this appeal on or before April 16, 2012, is **WITHDRAWN**. The reporter's record has now been filed, and

it appears that the record is complete.   Therefore, appellant's brief is due within **thirty days** of the date of this order.


PER CURIAM